UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

U.S.A. vs. Travis Jerome Darden            Docket No. 7:04-CR-117-1FL

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Travis Jerome Darden, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute More than Five (5) Grams of Cocaine Base (Crack) and Felon in Possession of a Firearm, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on April 19, 2005, to the custody of the Bureau of Prisons for a term of 204 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On June 30, 2009, the defendant's motion under 18 U.S.C. §3582(c)(2) was granted and the defendant's period of custody was reduced to 164 months. On May 19, 2014, the defendant's subsequent motion under 18 U.S.C. §3582(c)(2) was granted and the defendant's previously imposed sentence of imprisonment was reduced to 131 months.

Travis Jerome Darden was released from custody on May 23, 2014, at which time the term of supervised release commenced.

On August 29, 2014, a violation report was submitted to the court advising that the defendant was charged with Driving While License Revoked in Duplin County, North Carolina on August 12, 2014. As this was the defendant's first incident since his release from custody, supervision was permitted to continue.

Additionally, on November 26, 2014, a second violation report was submitted to the court advising that the defendant tested positive for marijuana on November 13, 2014. As the defendant was participating in the Surprise Urinalysis Program since his release from custody supervision was permitted to continue and he was warned that further violations may result in sanctions from the Court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 26, 2015, the defendant tested positive for marijuana. The defendant admitted to smoking marijuana approximately four days prior to the urinalysis screening and signed an admission form to that fact.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program until further court order for a period not to exceed 30 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

**Travis Jerome Darden**
**Docket No. 7:04-CR-117-1FL**
**Petition For Action**
**Page 2**

Reviewed and approved,

/s/ Dwayne K. Benfield
_____
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: March 4, 2015

## ORDER OF THE COURT

Considered and ordered this ___6th___ day of ___March___, 2015 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge